**Order filed January 9, 2014 Withdrawn; Appeal Reinstated and Ordered filed March 18, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00479-CR

———————

**ROBERT ANDREE BAXTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1375893**

## ORDER

On January 9, 2014, this Court issued an order abating the appeal and directing the trial court to file findings of fact and conclusions of law on the voluntariness of appellant's statement.

On March 13, 2014, a supplemental clerk's record containing the findings of fact and conclusions of law was filed with this court. Therefore, our order of

January 9, 2014, is withdrawn.  The appeal is reinstated.  Appellant's brief is due April 17, 2014.

PER CURIAM